THE MAYOR AND COUNCIL OF THE CITY OF INDIANAPOLIS *v.* WRIGHT.

APPEALS from the *Marion* Circuit Court.

*Per Curiam.*—The judgment rendered herein, below, is affirmed, with costs, on the authority of the case of the same appellant against *Geisel*, at this term.

*Barbour* and *Howland*, for the appellant.

*N. B. Taylor* and *B. K. Elliott*, for the appellee.